NATHAN F. SMITH, #12642
MALCOLM♦CISNEROS, A Law Corporation
3815 S. Jones Blvd., Suite 5
Las Vegas, NV 89103
Telephone: (702) 728-5285
Telecopier: (702) 728-5228
Email: nathan@mclaw.org

Counsel for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE BEAR STEARNS ARM TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-7

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE BEAR STEARNS ARM TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-7<br>      Plaintiff,<br>vs.<br><br>SUSAN CLOSSON, an individual; CHARLES R. CLOSSON, an individual; DOES 1 through 10 and ROES BUSINESS ENTITIES 1 through 10, inclusive.<br>      Defendants. | CASE NUMBER: 2:19-cv-01722-KJD-NJK<br><br>EXEMPT FROM ARBITRATION;<br><br>STIPULATION AND ORDER TO DISMISS CASE WITHOUT PREJUDICE AND VACATE ALL HEARINGS |

- 1 -

346400-v1

COMES NOW, Plaintiff, THE BANK OF NEW YORK MELLON, by and through its attorney, Nathan F. Smith, of Malcolm Cisneros and Defendants, Susan Closson and Charles R. Closson, hereby submits this Stipulation and Order Granting to Dismiss the Case Without Prejudice.

## STIPULATION

**IT IS HEREBY STIPULATED** that United States District Court Case No. **2:19-cv-01722** is dismissed without prejudice;

**IT IS FURTHER STIPULATED** that all scheduled hearings in this matter be vacated.

| Dated this 13th day of November, 2019 | Dated this 4th day of November, 2019 |
|---|---|
| NATHAN F. SMITH, ESQ.<br>MALCOLM CISNEROS<br>3815 S Jones Blvd. Suite 5<br>Las Vegas, NV 89103<br>Attorney for Plaintiff | SUSAN CLOSSON<br>5450 Manteca Circle<br>Las Vegas, Nevada 89118<br>Pro Se<br><br>CHARLES R. CLOSSON<br>5450 Manteca Circle<br>Las Vegas, Nevada 89118<br>Pro Se |

**IT IS SO STIPULATED.**

///
///
///

## ORDER

**IT IS HEREBY ORDERED** that United States District Court Case No. 2:19-cv-01722 is dismissed without prejudice;

**IT IS FURTHER ORDERED** that all scheduled hearings in this matter be vacated.

**IT IS SO ORDERED.** Dated 11/21/2019

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

By: _____
NATHAN F. SMITH, ESQ.
Attorney for Plaintiff

346400-v1